SAMUEL M. MARKS et al., Respondents, *v.* LA SOCIÉTÉ ANONYME DE L'UNION DES PAPETERIES, Appellant.

(Argued October 3, 1893; decided October 17, 1893.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made

June 6, 1892, which reversed an order of Special Term setting aside the service of the summons herein.

*Frederic R. Coudert* for appellant.

*Abram Kling* for respondents.

Agree to affirm on opinion of General Term.
All concur.
Order affirmed.